No. 96–6235. PERKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6237. PHEA v. BENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–6239. JUAREZ-MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6247. KISALA v. JENNY CRAIG WEIGHT LOSS CENTRES, INC. C. A. 4th Cir. Certiorari denied.

No. 96–6252. WEST v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–185. SAKARIA ET AL. v. DARE COUNTY BOARD OF EDUCATION. Sup. Ct. N. C. Motions of American Homeowners Foundation et al. and Clarendon Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–229. JORDAN v. VALDEZ, DISTRICT ATTORNEY FOR NEUCES AND KLEBERG COUNTIES, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed as a veteran pursuant to this Court's Rule 40 granted. Certiorari denied.

No. 96–321. KAYSER-ROTH CORP. v. SARA LEE CORP. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–343. VILLAGE OF SCHAUMBURG v. AMOCO OIL CO. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–531. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA v. DOE; and
No. 96–547. DOE v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari before judgment denied.